UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff**<br>　　Plasmart Inc.,<br><br>　　　　　-v-<br>　　As-Seen-On-TV-Products and Global<br>　　Net Access LLC,<br><br>**Defendant** | Case No.<br><br><br>**Rule 7.1 Statement** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____Plaintiff_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

　　　　　　　　None.

**Date:** ____5-4-2007_____       _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　**Signature of Attorney**

　　　　　　　　　　　　　　　　　　　　　　　**Attorney Bar Code:** JS1243

Form Rule7_1.pdf