SONNABEND LAW

Jeffrey Sonnabend
Attorney at Law

600 Prospect Avenue
Brooklyn, NY 11215
718.832.8810
JSonnabend@SonnabendLaw.com




HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/07

June 11, 2007

Via Facsimile

Honorable Harold Baer Jr.
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Plasmart, Inc. v. As-Seen-On-TV
07-CV-3617

Dear Judge Baer:

I am legal counsel for plaintiff in the above referenced case. The parties are actively pursuing settlement of the case. To facilitate this, Plaintiff has agreed to allow Defendant until July 26, 2007 to answer the complaint.

The Court has scheduled a pre-trial conference on July 12, 2007. By this letter, the parties request that the Court adjourn the pre-trial conference until after Defendant's time to answer. The parties are hopeful that the case will be settled by that time.

Thank you for the Court's attention to this matter.

Sincerely,

Jeffrey Sonnabend (JS1243)
Attorney for Plaintiff

cc: Stephen Goldman, As-Seen-On-TV Products

6/18/07 While I am a big fan of settlement your agenda + mine is a little different than yours – I need to have a PTC + a cut date in July – is the 19th ok if you either send a stip + don't come otherwise I'll see you on the 19th preferably but not necessary w an answer having been already [illegible] call chambers for time

SO ORDERED
Harold Baer Jr
USDJ

Endorsement:

While I'm a big fan of settlement your agenda and mine is a little different than yours - I need to have a PTC and my last date in July is the 19th if you settle send a stip and don't come otherwise I'll see you on the 19th preferably but not necessarily with an answer having been served. Call Chambers for time.