UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
Plasmart, Inc.,

    Plaintiff,

               v.

As-Seen-On-TV-Products and Global Net Access LLC,

    Defendants.
-----------------------------------------------------------x

NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT GLOBAL NET ACCESS LLC

07-cv-03617

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby voluntarily dismisses without prejudice the present action as to Defendant Global Net Access LLC. Defendant Global Net Access LLC has not answered or otherwise appeared in the present action.

    Respectfully submitted,
    Plasmart Inc.
    by its attorney,

    _____
    Jeffrey Sonnabend (JS1243)
    SonnabendLaw
    600 Prospect Avenue
    Brooklyn, NY 11215-6012
    718-832-8810
    JSonnabend@SonnabendLaw.com

    Dated: July 18, 2007