USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-18-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
Plasmart, Inc.,

    Plaintiff,

v.

As-Seen-On-TV-Products and Global Net Access LLC,

    Defendants.
-----------------------------------------------------x

CONSENT DECREE

07-cv-03617

    Upon joint motion of the parties hereto, it is hereby ordered, adjudged and decreed as follows.

    1.    The Court has jurisdiction over the present action and venue is proper in the Southern District of New York on the bases provided in the Complaint.

    2.    Defendant As-Seen-On-TV-Products, through its legal business entity Phase IP, LLC, has generally appeared in the present action and consents to jurisdiction an venue in the Southern District of New York.

    3.    Defendant As-Seen-On-TV-Products agrees that the Complaint states claims upon which relief may be granted.

    4.    The obligations of this Consent Decree apply to and are binding upon Defendant and its successors, assigns, or other entities or persons otherwise bound by law.

    5.    Defendant As-Seen-On-TV-Products is hereby enjoined from all uses of "PlasmaCar" or variations thereof which are confusingly similar to "PlasmaCar" in connection

with toys, including but not limited to ride-on toys and retail toy services. Defendant within fifteen (15) days of entry of this Consent Decree shall dispose any existing inventory of products bearing such marks as directed by Plaintiff.

6. Defendant As-Seen-On-TV-Products is enjoined from publication of any website or other literature containing content copied or derived in whole or in part from Plaintiff's website or other literature.

7. Defendant As-Seen-On-TV-Products is enjoined from selling any ride-on toy appearing substantially similar to Plaintiff's PlasmaCar ride-on toy.

8. Defendant As-Seen-On-TV-Products shall provide to Plaintiff an affidavit of compliance that is has disposed of all inventory as required by this Consent Decree or that no such inventory exists.

9. The terms and conditions of this Consent Decree shall apply to Phase IP, LLC.

10. This Court shall retain jurisdiction of this matter for the purposes of enabling any of the parties to this Consent Decree to apply to the Court at any time for such further orders or directives as may be necessary or appropriate for the interpretation or modification of this Consent Decree, for the enforcement of compliance therewith, or for the punishment of violations thereof.

JUDGMENT IS THEREFORE ENTERED in favor of Plaintiff and against Defendant As-Seen-On-TV-Products, pursuant to all the terms and conditions recited above.

Dated this _____ day of _____, 2007

_____
UNITED STATES DISTRICT JUDGE

SO ORDERED: _____
Harold Baer, Jr., U.S.D.J.

Date: 7/18/07

The parties hereby consent to the terms and conditions of the Consent Decree as set forth above and consent to the entry thereof.

_____
Plaintiff FlaSman Inc, by its attorney
Jeffrey Sonnabend (JS1243)
SonnabendLaw
600 Prospect Avenue
Brooklyn, NY 11215-6012
718-832-8810
JSonnabend@SonnabendLaw.com

Dated: _____  7-18-2007


_____
Defendant As-Seen-On-TV-Products,
through its legal business entity Phase JP, LLC

_____
By [print name and title]

Dated: 7-17-07

4