NOV 16 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

Plasmart, Inc.,

    Plaintiff,

v.

As-Seen-On-TV-Products and Global Net Access LLC,

    Defendants.

-------------------------------------------------------x

NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT GLOBAL NET ACCESS LLC

07-cv-03617

    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby voluntarily dismisses without prejudice the present action as to Defendant Global Net Access LLC. Defendant Global Net Access LLC has not answered or otherwise appeared in the present action.

Respectfully submitted,
Plasmart Inc.
by its attorney,

Jeffrey Sonnabend (JS1243)
SonnabendLaw
600 Prospect Avenue
Brooklyn, NY 11215-6012
718-832-8810
JSonnabend@SonnabendLaw.com

Dated: July 18, 2007

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 11/26/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07